■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN LIBERATORE, Appellant. (Appeal No. 3.)—Judgment unanimously reversed on the law, motion to suppress granted, plea vacated, and matter remitted to Ontario County Court for further proceedings on the indictment. Same memorandum as in *People v Liberatore* ([appeal No. 1] 167 AD2d 955 [decided herewith]). (Appeal from judgment of Ontario County Court, Reed, J.—criminal possession of stolen property, first degree.) Present—Dillon, P. J., Callahan, Green, Balio and Davis, JJ.